```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:06CR3163 |
| | ) | |
| v. | ) | |
| | ) | |
| MALLORY GILES, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The defendant's oral motion to continue his change of plea hearing is granted, and

1. The change of plea hearing is continued from March 6, 2007 to March 8, 2007 at 11:30 a.m. before the undersigned.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the anticipated plea of guilty, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that defendant and his counsel cannot attend the hearing as previously scheduled, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

3. Defendant shall appear at the hearing.

DATED this 1st day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge